**DONMAR ENTERPRISES, INC., a Florida Corporation, Plaintiff–Appellee,**

v.

**NISSAN NORTH AMERICA, INC., a California corporation, Nissan Jidosha Kobushiki Kaisha, a Japanese Corporation d.b.a. Nissan Motor Co. Ltd., Defendants–Appellants.**

No. 05–12949.

D.C. Docket No. 03–00515 CV–J–99–TEM.

United States Court of Appeals, Eleventh Circuit.

June 22, 2006.

Timothy W. Volpe, Leslie A. Wickes, Volpe Bajalia Wickes Rogerson Galloway

& Wachs, Jacksonville, FL, for Plaintiff–Appellee.

Wesley D. Few, S. Keith Hutto, Nelson Mullins Riley & Scarborough, LLP, Columbia, SC, Gerald W. Weedon, Sonya Harrell Hoener, Marks Gray, P.A., Jacksonville, FL, for Defendants–Appellants.

Before TJOFLAT, BARKETT and GOODWIN,* Circuit Judges.

PER CURIAM:

The record in this appeal reveals that the district court exceeded its jurisdiction in accepting the invitation of the parties to revise the "Mediated Settlement Agreement" (EXHIBIT A) when there existed unresolved disputed questions of fact as to the intention of the parties. The order appealed from is vacated and the cause is remanded to the District Court for an evidentiary hearing to determine the disputed questions regarding matters not covered by the said exhibit. Neither party to recover costs.

VACATED AND REMANDED